**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES COURTHOUSE

FOLEY SQUARE

NEW YORK, NEW YORK 10007-1581

**LAWRENCE M. McKENNA**

**DISTRICT JUDGE**

May 27, 2005

SELF INITIATED AMENDMENT

FINANCIAL DISCLOSURE OFFICE

2005 JUN -1 A 11: 22

RECEIVED

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.    20544

Dear Sirs:

I enclose my Financial Disclosure form for the year 2004, plus an amended page of the same form for 2003, correcting the information relating to the Pfizer acquisition of Pharmacia on April 16, 2003.

Very truly yours,

Lawrence M. McKenna
U.S.D.J.

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 19 AGERE (Class A) (Common) | | None | J | T | | | | | |
| 20 AGERE (Class B) (Common) | | None | J | T | | | | | |
| 21 FIDELITY STRUCTURED MIDCAP GROWTH (Fund) | | None | J | T | | | | | |
| 22 PHARMACIA (Common) | A | Dividend | J | T | exchange for Pfizer | 4/16 | J | A | |
| 23 MONSANTO (Common) | A | Dividend | J | T | | | | | |
| 24 EASTMAN KODAK (Common) (Stock Invest. Plan) | A | Dividend | J | T | Buy | 5/23 | J | | |
| 25 H.J. HEINZ (Common) (Stock Invest. Plan) | A | Dividend | J | T | Buy | 5/29 | J | | |
| 26 MEDCO HEALTH (Common) | | None | J | T | Spin-off | 8/19 | J | | |
| 27 FORD MOTOR (Preferred) | A | Dividend | J | T | Buy | 7/7 | J | | |
| 28 PFIZER (Common) | A | Dividend | J | T | from Pharmacia exchange | 4/16 | J | | |
| 29 FIDELITY STRUCTURED MIDCAP (Fund) | | None | J | T | Buy | 2/10 | J | | |
| 30 FIDELITY GROWTH & INCOME II (Fund) | A | Dividend | K | T | Buy | 5/29 | K | | |
| 31 SPARTAN NY MUNI INCOME (Fund) | A | Dividend | K | T | Buy | 5/29 | K | | |
| 32 FIDELITY CONTRA FUND (Fund) | A | Dividend | J | T | Buy | 11/10 | J | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

SELF INITIATED AMENDMENT

RECEIVED

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>McKENNA, LAWRENCE M | 2. Court or Organization<br><br>Southern District of New York | 3. Date of Report<br><br>5/27/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge (Senior) | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ◉ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>United States District Court<br><br>500 Pearl Street (1640)<br><br>New York, N.Y. 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    ADMINISTRATOR | ESTATE OF ███████████ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUN -1 A 11: 23 FINANCIAL DISCLOSURE OFFICE

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | McKENNA, LAWRENCE M | 5/27/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | McKENNA, LAWRENCE M | 5/27/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | Self-employed (lawyer) ● |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKENNA, LAWRENCE M | 5/27/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. CITIBANK (Checking) | | None | J | T | | | | | |
| 2. EMIGRANT SAVINGS BANK (Savings) | A | Interest | J | T | | | | | |
| 3. UBS PAINE WEBBER RET. MONEY FUND | A | Interest | J | T | | | | | |
| 4. LORD ABBETT U.S. GOV'T SEC. TRUST (Fund) | A | Dividend | J | T | | | | | |
| 5. LORD ABBETT GROWTH OPPORTUNITIES (Fund) | | None | J | T | | | | | |
| 6. LUCENT (Common) | | None | J | T | | | | | |
| 7. ALTRIA (Common) | A | Dividend | J | T | | | | | |
| 8. IBM (Common) | A | Dividend | J | T | | | | | |
| 9. BIOSONICS (Common) | | None | J | T | | | | | |
| 10. MCI WORLD (Common) | | None | J | T | | | | | |
| 11. SONORAN (Common) | | None | J | T | | | | | |
| 12. MERCK (Common) (Stock Invest. Plan) | A | Dividend | J | T | | | | | |
| 13. CISCO SYSTEMS (Common) | | None | J | T | | | | | |
| 14. AVAYA (Common) | | None | J | T | | | | | |
| 15. ATMEL (Common) | | None | J | T | Sale | 10/8 | J | A | |
| 16. ASTROPOWER (Common) | | None | J | T | | | | | |
| 17. FIDELITY CASH RESERVES | A | Interest | L | T | | | | | |
| 18. AGERE (Class A) (Common) | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. AGERE (Class B) (Common) | | None | J | T | | | | | |
| 20. FIDELITY STRUCTURED MIDCAP GROWTH (Fund) | | None | J | T | | | | | |
| 21. MONSANTO (Common) | A | Dividend | J | T | Buy | 6/10 | J | | |
| 22. EASTMAN KODAK (Common) (Stock Invest. Plan) | A | Dividend | J | T | | | | | |
| 23. H.J. HEINZ (Common) (Stock Invest. Plan) | A | Dividend | J | T | | | | | |
| 24. MEDCO HEALTH (Common) | | None | J | T | | | | | |
| 25. FORD MOTOR (Preferred) | | None | J | T | Redemption | 1/2 | J | A | |
| 26. PFIZER (Common) | A | Dividend | J | T | Sale | 11/18 | J | A | |
| 27. FIDELITY STRUCTURED MIDCAP (Fund) | | None | J | T | Buy | 2/10 | J | | |
| 28. FIDELITY GROWTH & INCOME II (Fund) | A | Dividend | K | T | Buy | 5/24 | J | | |
| 29. SPARTAN NY MUNI INCOME (Fund) | A | Dividend | K | T | Sale | 5/24 | K | B | |
| 30. FIDELITY CONTRA FUND (Fund) | A | Dividend | J | T | Buy | 3/1 | J | | |
| 31. FEDEX (Common) (Stock Invest. Plan) | A | Dividend | J | T | Buy | 8/7 | J | | |
| 32. ANHEUSER BUSCH (Common) | A | Dividend | J | T | Buy | 1/23 | J | | |
| 33. EXXON MOBIL (Common) | | None | J | T | Buy | 11/26 | J | | |
| 34. HONDA MOTORS (Common) | A | Dividend | J | T | Buy | 6/17 | J | | |



| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | McKENNA, LAWRENCE M | 5/27/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date ___5/27/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544